UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| U.S. BANCORP EQUIPMENT FINANCE, INC., an Oregon corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>ALAN P. BELLANCA, an individual, JILL VIERRA BELLANCA, an individual, and DOES 1 through 10,<br><br>                Defendants. | Case No. SACV08-00731 AG (RNBx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

///

///

///

1   Pursuant to the stipulation of the parties and good cause appearing, the
2   Court GRANTS the Stipulated Protective Order, filed on October 2, 2008, with the
3   following caveats:
4   1. No modification of the Order shall have the force or effect of a
5   court order unless the modification actually is ordered by the Court.
6   2. Nothing in the Order shall be construed as authorizing a party to
7   disobey a lawful subpoena issued in another action.

Dated  October 6, 2008

_____
Honorable Robert N. Block
United States Magistrate Judge